UST-31, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ 85377

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| MCINTYRE, LARRY EUGENE | ) | Case No. 07-04816-PHX RTB |
| MCINTYRE, BARBARA ANN | ) | |
| ENTERPRISES, MCINTYRE | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

JILL H. FORD, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in Sec347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 18 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services, PO Box 10587<br>Greenville, SC 29603-0587 | $3.15 |
| 20 | American Express Bank, FSB<br>c/o Phillips and Cohen Associates, LTD<br>258 Chapman Rd, Ste 205<br>Newark, DE 19702 | $2.23 |

| March 22, 2011 | /s/ Jill H. Ford |
|---|---|
| DATE | JILL H. FORD, TRUSTEE |